# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

John Henry Woods )
)
)
)
)
(Enter above the full name of )
the Plaintiff[s] in this )
action. Include register or )
identification number[s].) )
)
- vs - )
) Case No. _____
St. Louis City Police et Al; )
Dannical boyd )    Jury Trail
Office Tyson )    demaned
Sgt McCalister )
)
)
(Enter above the full name of )
ALL Defendant[s] in this )
action. Fed. R. Civ. P. 10(a) )
requires that the caption of )
the complaint include the )
names of all the parties. )
Merely listing one party and )
"et al." is insufficient. )
Please attach additional sheets)
if necessary.) )

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

I. PLACE OF PRESENT CONFINEMENT OF PLAINTIFF(S):

St Charles county Jail 301 N. Second St.

II. PREVIOUS CIVIL ACTIONS:

  A. Have you begun other civil actions in state or federal court dealing with the same facts involved in this action, or otherwise relating to your confinement?

  YES [ ]        NO [X]

B. If your answer to "A" is YES, describe the action in the space below. (If there is more than one civil action, you must describe the additional lawsuit[s] on another piece of paper, using the same format as is outlined below.) Your failure to comply with this provision will result in summary denial of your complaint.

1. Parties to previous civil action(s):

   Plaintiff(s): JOHN HENRY WOODS

   Defendant(s): DANNITAL boyd OFFicr TYSON SGT McCALISTer

2. Court wherein filed:

3. Docket number or Case number:

4. Name of Judge to whom case was assigned:

5. Basic claim made:

6. Present disposition (Was the case dismissed? Was it appealed? Is it still pending?):

7. Date filed:        8. Date of disposition:


III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution wherein you are incarcerated?

   YES [✓]                    NO [ ]

2

IV. **PARTIES TO THIS CIVIL ACTION:**

In item A, below place your name in the first blank, place your present address in the second blank and place your identification number or register number in the third blank. Do the same for any additional plaintiff(s) under Item C, below:

A.  Name of Plaintiff: _hHN Henry Woods_

   Plaintiff's address: _301 N. Second Steet_

   Identification number: _N|A_

In item B, below, place the full name of the defendant in the first blank, his official position in the second, and his place of employment and address in the third blank. Use Item C for the names, the official positions, and the places of employment and addresses of any additional defendant(s).

B.  Defendant _DANNIAL boyd_ is employed as _A Police officr_ at _St Louis Police department of The #7th AND 8th District._

C.  Additional plaintiff(s) and address(es):

   _____

   _____

   _____

   Additional defendant(s) and address(es):

   1. _Officer Tyson_
   2. _S.gt McCalister_
      _Jefferson Ave St Louis Mo,_
   3. _City of St Louis police department_

4

V. **COUNSEL:**

   A. Do you have an attorney to represent you in the present civil action?

   YES [ ]          NO [X]

   B. If your answer to "A" is NO, have you made any effort to contact a private attorney to represent you in this matter?

   YES [X]          NO [ ]

   C. If your answer to "B" is YES, state the name(s) and the address(es) of the attorney(s) you have contacted and explain the results of those efforts:

   _A.C.L.U. I WAS TURNED_
   _down_

   D. If your answer to "B" was NO, explain why you have not made such efforts:

   E. Have you previously been represented by counsel in a civil action in this Court?

   YES [ ]          NO [X]

   F. If your answer to "E" is YES, state that attorney's name and address:

VI. **STATEMENT OF CLAIM:**

State here, as briefly as is possible, that facts of your claim. Describe how each defendant is involved. Include also the names of other persons involved, and dates and places. Do not make any legal arguments; cite no cases or statutes. If you intend to raise two or more related claims, number and set forth each claim in a separate

5

paragraph. Avoid using more space than is provided. The Court strongly disapproves of the stating of claims outside the provided space. Unrelated claims must be made in a separate complaint.

The court Clerk IS in posssion of claim

VI. **STATEMENT OF CLAIM (continued)**

MAiL ON April 24, 2007

VII. **RELIEF:**

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes. (Note: If you are a **state** prisoner and seek from this Court relief which affects the length or duration of your imprisonment e.g., restoration of good time forfeited, expungement of records, parole release decisions, et cetera - your case **must** be filed on a §2254 form.)

_____

_____

_____

_____

_____

VIII. **MONEY DAMAGES:**

A. Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

   YES [ ✓ ]                        NO [ ]

B. If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

   One million dollars or what the Court FEEl is Proper And Just for such outrAgious Act's

XI. Do you maintain that the wrongs alleged in the complaint are continuing to occur at the present time?

   YES [ ]                          NO [ ✓ ]

I declare under penalty of perjury that the foregoing is true and correct. Signed this _____ day of _____, 20____.

4/27/07
Date

_John Wood_
Signature of Plaintiff(s)

7