4/27/07

Dear Clerk
James G. Woodard
111 N Tenth Street
St Louis MO 63101

John Henry Woods
SCCDOC St Charles
County Jail
St Charles MO 65301

Re; claim THAT was Recieved by court April 24, 2007 About St Louis Police department

I AM Send The Forms Need To File my claim THAT Your office IS Holding For 30 DAY Please File These Forms with The original document File with The court on April 24, 2007. THANK You Very Much For Your Time AND services

Respectfully

John Henry Woods