RECEIVED
BY MAIL                                                    4/23/07
APR 5 1 2007  G. WOODARD "CLERK"

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
I AM SENDING MY CLAIM NOW NOT ON A 42. US 1983 FORM.
bECAUSE I HAVE sent SEVERAL letter's REQUESTING Form
AlSo ReQuested FoRms To File As A poor PERSON I HAVE ReQue
THis INStAtutioN To Give me A coPie of my INMAte Accoun
SEveRAL Time AND Have Not ReCisved A Response so
File AND Send me THe Needed Forms AND IF I AM
Release PleAse send FoRwaRD All INFoRmatioN TO 5567 Floy Av
St. Louis MO 63136

RespectFuly

IS/ _Jahn Henry Woods_

**1.**

Statements of The Facts THAT Are True AND correct AND
Too The best of The Knowlage of JOHN HeNry WOODS

1. IN The Following statements I, JOHN H WOODS,
INtend To SHow How Several St. Louis Police of Ficers
Acted with Deliberate INDifferent's IN CONSPiring
AGaint me WHile under THe color of LAw! —

2. I Also INtend To SHow How ofFicer CLAuLAtte GreeN Also
of The Fiuth Distrit AS All other officer's How SHe understood
How officer DANNieal bayd Also of THe Fiuth District FaseaFide
He's Police ReDort THAT He Filed oN JoHN H WOODS oN or
About THe beGaiNiNG of July of 2004. of second DeGree
DruG TaFFKicing cHarGie's

3. I INtend To SHow How over THe Period of oNe Year
I exSPireanue oNe Problem After ANother From such
ofFicer's As. ofFicer TysoN, DANNieal bayd, RonNal
williams, SCrt Mccalaster of THe Fiuth District IN THe
City of St Louis Police DePt

4. which AFFected "All" AreA's of my life * my Freedom,
my DisAblety PAyment THAT was DeNied wHeN I ReApplyed
Car INSurance To which my cur was INvolved IN A Accident
DuriNG THe 2½ Year INcarreration FiGHtiNG DoT les
cHarGie's. THe Accident ReDort was Fill out bocruSly
which LeFt out All · THe correct DAmaGes of the
my Vehicle out of · 4 other Vehicle) WHicy All
DAmage was ReDorted correctly AND All THis was

2.

5. AND Inturnal Afaire's At Which Fail To Respond To Any
of THe ENumbered Requests To ArKnowacie AND correct
IF INFACT This was A Mistake which by Not Responding
Lead me To believe It was Intentional

6. How After 20 Hoar's And "All" "charlie Bremen". DroP officer
Tyson Refuse To Release A Vehicle back IN 2003 which
Deprived me of Recovering My Droperty. This statement
Is only To Show The Action — of — The officer of
THe Fivth District Police department of THe city of st. Louis mo

7. How After officer Ronnand william's wrote several
Tikets bogusaly THAT LAter Just DISAPPeared
AND This Is When I Frist eysprence such
Problems From The officers THAt work IN THe city
of St. Louis IN Fivth District

8. before He wrote THe TieKets we HAD Got IN TO A
A Very bad DisAGreement All Due To officer william
Disrespect For me when I beGraing To ANwer
He's Questing's AND beGain To ReTrieve THe
INSUrance PaPer work AND liscence To which He
THen Said To shut THe FucK up because He Know
I do Not HAVE anything Right on my Vehicle AND
He Rememberd me From when I lived IN Fivth District
AND THe FAct I use's To Deal IN Drug's which AND
Feel He did Not care Very much For me AND THe Fact

<u>3.</u>

9. He THEN call For back up Which several oF
THe Fiuth District oFFicer's Responded To THAT
Lowcation I believe THe Responding oFFicers
WAS oFFicer Tyson AND oFFicer DANNieal boyd
To which 30 DAy or so oFFicer DANNieal boyd Fili
A boGus Police Report whos Job WAS To Sever
AND ProTact unDer THe color oF Law THAt He Know
WAS WRONG AND AGaint What He swore To ProTact

10. WHAt stould be Nuted About oFFicer Tyson are
Two KeyA THing Are MAybe even Three oFFicer
Tyson did Not Know WHAt Kind oF Vehicle
I Drive sine He HAD Towed my Vehicle back
IN 2003 which He Fail To Retease so THe only
WAy He Recieved THis INForMution WAS From
oFFicer DANNieal boyd Which can be Proven by
A Phone call THAt WAS MADe From THe Fiuth
District STASion on or About July 22, 2004 which
Is THe DAte I WAS ReATReted

11. AND such call WAS our Head by my self THAt
WAS To INForm oFFicer DAN Mieal boyd THAt
Quote unAnote we Got THe GAy IN Greea
Pickup TRuck THis statement WAS MAbe by
oFFicer Assisting Tysou - who was Also THe
assisting oFFicer who Assited oFFier Tysou back IN 2003
with THAt Arrest AND Towing oF my Vehicle

4.

12. The DAY of MY Arrest July 22, 2004 ON A WARrent THAT WAS ReActived ON THAT DAY of Ficer TYSON spotted MY 1993 G.M.C. PickUP 4 Block Away AND HZ Actived THE NIGHT ON HIS Mark Police Vehicle Along with the offier who Assisted Him THAT DAY THAt were IN Two Different Police Vehicles

13 THIS HAPPened when Such of Ficer DrGain Leaving A howcation I WAS believed to be At Martina Motel Later I will show THAT THIS was The Location where officer boyd stated such action of Hes bogus Police Report HAPPEN at which on or About July 4 or 5 2004

14 ON THIS DAY of Sach Arrest officer Tyson wrote Me bogus Tickets #1 for NO INSurance to which I HAD AND stated Such #2 INPeading Flow of TAFFKic which I show The courts I did HAVE INSureaucce THAt Tickds WAS dismiss I Plead For The Second one I Plead Guilty For Time severed Just To Get out After being INcorccrated I Just want To be Free At THAt TPMe which was over 2½ Years

15 but The Reason why officer TYSON wrote such Tickets was He DID Not HAVE A cause To even stop me so He used The Tickets for The cause He Knew THe warrent was ReActived because He AND officer DawNied boyd HAD conspired ToGHHer AND was out

5.

16. AND WAS out LooKing for ME even before
THe ReActiveD warrant could be Put bACK IN
Police computer's

17. AND He NEEDED ReAson To stop me So He write bogus
Tickets Also It sHould Noted THAT THis ArcA wAS
NOt of Ficer Tyson beat It Is of Ficer boyd's
but He wAs oFF work on THis DAY THAT IS wh
He wAs call AND INFormed Due To All INWolved
COMPired TogetHer AND AMenced THe Police
RePort AND THen beGaIM To Look For me To
Arrested me! which Police RePort wAs AMeneD
AND Filed on July 20, 2004 AND warrent wAs
ReActiveD SAme DAY

18. once Arrested At THe Fiulth District STAtion
I Question of Ficer Tyson As To what New
elUdance did THey HAve He THen stAted Not
Any I THen ASK How did THe warrent Get
ReActiveD of Ficer Tyson THen stAted But It
like THis THeir wAs sometHing You wAs sappose To
Do like RePort To Your ProbAtion of Fic AND
FAiled To I ASK what wAs THe wulrent for He sAID I Not
IN THe computor He Does Not Know He sAID it wAsA memo A 3/4 Json

19. He SAID THis All would HAve went AWAY IF
I would Report so my Perole of Ficer could Violute
My Perole AND send me bACK To THe D.o.C.

6

20  I woold HAve All beed TAken cure of but
sine I Fail To Report TH.s was How It was
Goiug To bz.

21.  Now I will move on to Sgt Mccalister This mas Not be
THe correct spelling but He was The supervising officer
one or About July 4 or 5 2004 when He cotterse officer
DANNired boyd To write And File A bogus Police Report

22  And It m'S believe THAt it was did because I use To
live IN THe Fiuth District And was Knowen For Dealing in
Drugs From back in 1989 To About Some Time Around
1995.

23.  Sine Then I move AND NEVer Deal Drugz Again ')
the Sgt Informed officer boyd THAt He Need
To Leave out Things like The Fact my Vehicle was
THere And The Fact THat it was searrh the Told
Him To Return m's money which He did

24  He INFormed He THAt He did Not Have Probable cause
And A Jury would Not believe Him He went on To say
It was All About How He write up THe Police Report

25.  Then Lastly Their's officer Green Claalatte Green of THe Fiuth
District ___ As well This officer IS A Good officer She
understode That officer DANNiral boyd was A bad cop
And in This Action she will be call As A witness

# MAIN SummerAry

7.

MaeN Wlume sttementsof ClAIM: on FussFied Police

24. Report Filed by officer DANNIeAL boud who works AS A St. Louis Police officer IN July 2004 of THe FivtH District

27. My story beGain's IN A very Genneral why I was At THe MANNtoN Motell — witH NN Giirl Frend April branch For THe 4th of July week IN which IS close To where SHe Live

28. I live IN city one stret From CynNING mo. At 5567 Floy — Ave St Louis mo. Located IN THe 7th District

29. AND on are About July 4 2004 At 2:30 To 3:00 am I decided To GO AND Get somethING To EAt AND A PACK of smokes my Girl Frend HAD Just went To Sleep

30 AFter exitING THe building To Which I PArk my Vehicle RiGHt IN Front So I could Keep A eye on It AND ReQuested A Room IN Front AS wett so I could Look out THe window which THe motel MAHeger Did Ano I WAS GiveN Room #3

_B._

31. I THEN beGain To OPEN MY Ca. M.C. PicK UP AT THAT Time A MArK Police CAr Pull UP on GPPoset SiDe of MY PicKUP AND ordED ME TO COME over TO His Vehicle which I did AND At THAt Time THeir was several other People stAndinG IN Front oF MANion motel THAt was THe same side I was stAndinG

32. THe ofFicer Got out of His vehicle Known As DAMNied boyd He THen beGuin To LooK Around He WAlK Around MY PicK UP THen on To THe SiDe WAlK At THAt Time THe PeoPle THAT was standinG THeir HAD Left

33. but Just before ofFier boyd WALK over THere. A MAN AND A woMen HAD Got out of THeir vehicle THAt was PArK iN Front oF mine AND WAlK THe SAme SIDe WAlK To INter THe MANion motel.

34. ofFicer boyd THen bent over As To PicK up Something which He lAter stAted was Drug's He THe WAlK bAck over To ME AND AsK was THis mine I iNformed NO AND I went on To stAte THAt I was Headed THe store AND HAd Naver Seen wHAt ever He HAD before THen.

9.

35. offier boyd THEN ASK me IF I Tell Him The
Truth. Some of what He HAD could Turn To A
smaller cHArGe AND He would Release me on
A Sommos.

36. THEN He stated once more was THIS MINE I said
NO He THEN Got Very up set He Put me IN HAND
Cuffes THEN He Hit Me Very hard IN THe cHest AREA
I THEN Fell To The Ground.

37. To which April brANch LAter INformed me she seen
AND wonder why He Toke such Actions offier boyd
THEN HELP me off The Ground AND Removed every
From Any my Personal property.

38. which consisted of $1120^{00} mus Keys To my pick up
I THEN REQuested As To IF I could Give My Keys
To Ms. April brANch He THEN stated offier boyd THAT
My money AND Vehicle was beING seized but Just
before THAT He Ask me where did I Get my
money From

39. I INformed Him THAT I was disable AND Recieved ssi
I HAD been burned over 70% of my body which
Left Some of my "RiGHt" AND Left HANds
Crippeled = ——— (IN of boyd bogus Report He stated He seen
me Drop The Drug's with my RIGHT HAND which is in The worse

10

40. oFFicer boyd lAtr usre THe FAct I Told Him I Got S.S.I to Cowwect me To HAViNG Dructs by STAyiNG IN His boGus Police RePort THAt April brown INFormo HIM THAt SiNe I RecieveD my s.s.I check me AnD April brown Rentep THe Motel Ano comsume several Rock's

41. To which April brown INFormo me THAt SHe DiD Not SAy AnyThing About my disAblety pAyments

42. I was THen Place IN He Police Car oFFicer boyd THen Took my Keys AnD beGrain Searching my G.M.C. PicK up

43. At THis TPme oFFir cloulette Green Arrived sHe exited Her merk Police Car come over To THe Police car THAt I was IN AnD Ask wHAt HApprish I INformo Hr sHe THen stated THAt why SHe Tryed To Get THere As FasT AS SHe could After Hearing THe call come over Her RADIO IN Her Police CAr.

44. SHe went on To state THAt SHe Know wHAt kind oF StuFF oFFicr Doyd be uP To so THAt was why sHe Got Here FAst To make Sure every THiNg went down RiGHt

11

45 She Then officer Green Stated That She would Have h A Talk with officer boyd As To him Releasing me but He Knows That I Know How He Is. At That Time I Could Not Hear what was being said.

46 because she was over by my C.M.C. Pick up where officer boyd was still Searching my Vehicle After About Five or Ten min.'s both officer boyd And Green was upset with one Another. by The way They where Acting.

47 Then she came back over to The Police car That I was still IN And said That She Know He's lithing but Thier's nothing she can do About it Then All The other officer's Arrived. seine

48 officer boyd Had Seen me come out of The MANION Motel So He went And As did I Have A Room which The money or States Yes And All other officer's went IN except officer boyd He stayed IN The Police - car with me Then SGt. Mc calste Returned I Do Not Know if This Is The correct spelling for His name or Not but Auquay

12

49. The Sgt. Mc calistor then come over to the car we was in and stated that they did not find anything in the my Room not even anything to use Drugs with and the Reason I said that was the statement that officer boyd made about me and April using Drug's as we Rented the Room was untrue. If so they could have found something some sign that Drugs were being used in that Room.

50. The S.G.t. mccalister then informed officer boyd that He did not have Probable cause and I would walk on this He went on to state that there is a way He could get me He said that the way it happen a Jury would not buy it He said the only way He could get me was, all in the way He writes this up.

51. He had to give back all my Money and not tow my Vehicle that He want to seize He went on to It all about How you write this up because He said For Real you do not Probable cause which means He collreatse officer boyd to write a bogus Police Report

13

52 | At This Time S.G.t. Mc calister Ask me did I still
WANt To Give my Key's To April branch which I
stated Yes He THen brought THe MANager AND April
out side THe motel.

53 | He said THe MANager would be A witness To THe
Fact my Key's To ↓ my Vehicle was Given To April
I was THen TAKEN To THe stAjion AND booKt AND
20 Hour's was Release.

54 | AFter Getting A copie of All Activety of my CASE
From THe circuit court clerk AND THe Police Report
From my Attorney It SHow THAT THe Report HAD
come bacK From THe Police LAb Confirming THAt
THe drugs officer boyd Gave THem was IN Fact Drugs
THe LAb Report was DATed July 5, 2004 THe DAtz
of my Release was July to 2004

55 | THe THing THAT should be Noted Here is THe Fact officer
boyd did not File - THe boctus police Report Antill 16 DAys
LAter one Attorney stated THAT THis Happen All the Time
People ure Release Awaiting THe LAb Report which
was Not True IN This case.

56 | THe second Fact is officer boyd seen me THe SAme
DAy of my Release because I Returned To THe
NTANION motel To Get my Property THAt was Left



14. When I Arrived At The Manion Motel I Seen A police
54 Car Stop who was Taking To A women but As I
Pull over AND stop M'S Vehicle AND Exited It Heard The
oFFicer IN The Police Car Say To The woman To step bAck
Away From The Vehicle

52

58 which She did The Police Vehicle Then Pull UP To where
I was oFFicer boyd AND His partner Then exited came
up To me AND For NO Reason DeGain To Search me
when He was IN M'S Pockts He Took my keys To
my Vehicle which I was conitider of — At That Time
This was oFFicer boyd Then He SAID I Could Go
but AS I beGain To Inter The motel I Heard my
Car Alram Cherp I Turned Around To see oFFicer HAD
boyd INtering my Vehicle

59 My Girl Frend April branch was Inside LAying on
The back Seat Sleep with Her Top oFF — Due To
The Heat She did HAVe Her brA on I Then Returned to
my Vehicle Asking oFFicer boyd To Get out oF my
Vehicle

60 AND Stated He HAD No Reason To be Searching It
He ReFused I Then Pull Him out StAting THAt my
Gril Frend did Not HAVe Her Topon oF Ficer boyd
Then Pull His Gun on me AND SAID Get bACk or
I will Shot me

15.

61. Offier's boyd's partenner then stated to offier bayd
Stop Fucking with that man and less Cro the Date
of such Action was July 6. 2004

62. Then on or About the 19th or 20th of July me And April
branch was setting in Front of the Manion motel
About To Cet A Room.

63. When offier boyd And His partner pull up offier
boyd went To Turn Around To block my Vehicle In but
while He was Turning Around His partner opened
His window And Told me To Find Some where
else to park because You Know How officer bodd be
Tripping.

64. Office boyd Then pull in Front of my Vehicle And
Strated putting off He call His partnner on His
Police Radio And From what I could see offiur
became very very upset

65. At This point It Is believed offier boyds partenner did
Not Won't Any Thing To Do with the Actions of offiur boyd
So He employed officer Tyson At This Time

16.

66. Due to the Fact of Ficor boyd the bogus police was filed At this time July 20, 2004 And the Fact officer Tyson was now on officer boyd's beat An Area He Doe's Not Morarbly work In.

67. Along with the Fact when officer Tyson stop me There was No warrant In Police Datea Dase For me At That Time but He (new) the warrent was Reactived

68. Then He Knew that I had Not Reported to my parole officer since my Arrest And Release From July 4 2004 to July 6, 2004 How could He Know all This?

69. The only way for officer Tyson to Know All of This was that He And officer Dannizial boyd conspired together

70. And the Reasoning behind This was just He Remembernt me from Town my other car when He Charge me with bogus charce of burglary on A Jankutant House which I should have been Charged with Trustpassing officer Tyson stated He was going to Teach me A lesson

71. but After 20 Hour All Charces was Drop Due to the Fact we was just out looking for scrap metal to salz.

17

72. At THAT Time I Requested for my Vehicle Not To be Towed I Stated THAT I HAD A D.O.C. — Hold AND my Mother was IN Her 70's THe Car was A CLASSIC — AND SHE would HAVE TO come AND Get It AND From THe way

73. offic Tyson keep Looking IN It AND At It I Truely believe He Wanted my 1971 elcommino S.S. — THE After All CHArges was Drop He still Refused TO Release my Vehicle TO my Mother or my Girl Frend April branch

74. I do Not even Knew what Happen TO my Vehicle I was Not Notified by Police Dept or st Louis city Towing.

75. opon my Release From THe D.o.c 4 Months lAter I call st. Louis city Towing and Requested INformation on my Vehicle I GAve THe ven Number but THe Employee who work at St. Louis city Tow company stated He could Not Find Any INformation on my Vehicle.

76. So behind All of THis officer Tyson was more THe Happy To Help officer boyd INComspirting Against me INorder Get me off THe Steet

18.



77. IN Closing I would like To point out Several
Thing About The bogus Police "Report" #1
I Know THAt Their wAs Never A confedentiAl
Informant.

78. I Filed A Motion For The 911 TAp THAt wAs Grainted which
I Never Recieved AfterA a Judge ordeing for The St
Louis police Dept To Turn our To me

79. The Important Thing THAt SHould be PAyed Attention To Here I
The FAct I wAs Releadse when The TAp's wAs not produset

80. I All So Filed A Motions for A Dismissal For not Hivuing probable
Cause And Never Heerd Any THINg els About It

81. Their wAs Two witness's THAt wAs Left out of The
Police Report As well one MS Renae Smith And
one TAmmy best's I Do Not Know I The spellings
are correct or not.

82. officer boyd chARGED The Room Number my Room
wAs #3 which is IN The Front of motel officer
boyd SAID I wAs IN Room #2 This Room IS IN
The back of motel which You are unAble To See whot
IS HAppening IN Front AND IN Room #3 You can See
Every THing.

19.

83 | officer boyd Left out of Report My Truck WAS
Search AND THE Fact It WAS Rebote TO April branch
THAt NO Release Form &WAS Not Signed by me

84 | Reason It WAS Left out WAS when I came out of
Motel It WAS PARK RiGHt IN of Motel AND He WAS
unable even see my Hands Due To being seated IN HiS
Police car

85 | All Police Record Need's To be Seized At
THiS TPMR CONCERNING THiS CaSe Due THe Identity
of confidential Information may change!

86 | LAST FACT THe Reason officer Tyson wrote THe
Ticket For Inpieding THe Flow of TAffic Was He
Look IN THe computer AND seen where.

87 | officer Ronnul williams wrote me A Ticket
for THe same THing THe only Reason I pleaed
Guilty WAS I Just WANted TO Get out of,
Jail After FiGHtiu THiS case For 2½ Yours
For somothing I did not Do

88 | I WAS Held To LONG IM THis case It should not Have
TAKEN THe courts 2½ Year For me To HAVe A TriAL
THey Just Tryed To wait me out but when They
could not produse THe 911 TAp They did Not want
Tell me THAt So They Just Let me Go I did Not Have
To Go To court on&v DAY I WAS Just Release (

20.

IN CLOSING I would like To SAY I DO NOT Know
THe NAMe's of officer's TYSON AND officer boyd
but Their IS some kind of way THis INformationd
CAN be obTAINed AND I ResHer THe RiGHt
To Amumed THis complaint At A LAter Time.
IM our system of Justice where offices of
The CHy of St Lou's Police department Swore To
PreTAct AND saver THe People THe TAX PAyer
o Four system of Democracy liz, consplineD,
FubAcuterd Police Repore. such outrAGeous
conduct of LAw INforcement officer's con Not
be Tolerated. I bring THis clAim IN All of fices
INdivisuAL AND officuAL CAPASITly. For =
PiuNtive = DAMGe's = money's of wHAt THe court
Feel's Proper AND Just. or such ActoAts
                    ResPectFully

            15) _____