RECEIVED
JUN - 4 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

John Henry Woods

Plaintiff,

vs.

St. Louis City Police Dept., et al,

Defendants.

No.  4:07CV00931SNLJ

**United States District Court**

Eastern District of Missouri

# MEMORANDUM FOR CLERK

## Motion to Vacate Default Judgment

Donnell Boyd declares: I am the defendant in this action.

I have personal knowledge and, if called to testify, I can and shall do so.

The entry of default judgment against Donnell Boyd, the defendant in this action, was due to Donnell Boyd's mistake, inadvertence, surprise or excusable neglect in that: I humbly apologize for not appearing on the scheduled date and time due to the fact I may need more time to prepare an adequate response to the motion.

When I realized I had missed the court date, I immediately contacted the court. I was told by the clerk that I was too late to appear and a default judgment was entered.

I pray that the court would allow me to present my case "in the interest of justice" to vacate the judgment granted so I can present a defense at a new hearing.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of Missouri that the foregoing is true and correct.

Signed this 4th day of June, 2010.

*[signature]*

Donnell Boyd

(Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant